IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW LORDEMANN,<br><br>Defendant. | 8:24CR56<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

The defendant appeared before the Court on March 26, 2024 regarding Petition for Action on Conditions of Pretrial Release [15]. Michael Hansen represented the defendant. Lecia Wright represented the government on behalf of Christopher Ferretti. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release condition (n). The defendant requested a continuance which was granted. A disposition and revocation and detention hearing is scheduled before Magistrate Judge Susan M. Bazis in Courtroom 7, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Thursday, March 28, 2024 at 2:30 PM.

**IT IS SO ORDERED**.

Dated this 26th day of March, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge